**DENIED and Opinion Filed May 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00527-CV**

**IN RE SAMER CHAMMAA, Relator**

**Original Proceeding from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-55514-2023**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Reichek

The case underlying this original proceeding is a divorce action involving a minor child. In his May 5, 2024 petition for writ of mandamus, relator challenges the trial court's subject-matter jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act. Alternatively, to the extent the trial court has subject-matter jurisdiction, relator contends that the trial court abused its discretion by allegedly not allowing him to submit information relevant to whether the trial court should decline to exercise jurisdiction under section 152.207 of the Texas Family Code, by failing to abate the case due to real party in interest's alleged failure

to meet the residency requirements to maintain a divorce action, and by ordering relator to appear in person at a temporary orders hearing.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). In conjunction with his petition, relator also filed an emergency motion for temporary relief to stay all trial court proceedings. We deny the emergency motion as moot.

Finally, relator's petition and separately filed combined appendix and record contain unredacted sensitive information in violation of rule 9.9, specifically including a minor's name and birth date. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and separately filed combined appendix and record.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

240527F.P05